AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-mj-00078 |
| STEVEN MILES | ) Assigned To : Harvey, G. Michael |
| | ) Assign. Date : 4/8/2022 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **STEVEN MILES**,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☑ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers); 18 U.S.C. § 231(a)(3)(Civil Disorder); 18 U.S.C. § 1361 (Destruction of Government Property); 18 U.S.C. § 1752(a)(1) and (b)(1)(A) (Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon); 18 U.S.C. § 1752(a)(2) and (b)(1)(A) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Dangerous or Deadly Weapon); 18 U.S.C. § 1752(a)(4) and (b)(1)(A)(Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon); 40 U.S.C. § 5104(e)(2)(D)(Disorderly Conduct in a Capitol Building); 40 U.S.C. § 5104(e)(2)(F)(Act of Physical Violence in the Capitol Grounds or Building); 40 U.S.C. § 5104(e)(2)(F)(G) (Parade, Demonstrate, or Picketing in a Capitol Building).

Date: 04/08/2022

Digitally signed by G. Michael Harvey
Date: 2022.04.08 15:41:18 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

G. Michael Harvey, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/8/2022, and the person was arrested on *(date)* 4/12/2022
at *(city and state)* Zephyrhills, Florida

Date: 4/13/2022

*Arresting officer's signature*

Christopher Leckinger (SA)
*Printed name and title*