## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

RE:   ADMISSION TO PRACTICE PRO HAC VICE

_____/

## AFFIDAVIT OF RAY C. LOPEZ

**STATE OF FLORIDA,**
**COUNTY OF HILLSBOROUGH**

The undersigned, having been duly sworn, deposes and states as follows:

1. My name is Ray C. Lopez and I have personal knowledge of all matters set forth herein. My date of birth is June 9, 1965.

2. I currently seek admission to the United States District Court for the District of Columbia Pro Hac Vice.

3. I am currently employed as a partner with the law firm of Lopez & Rossi, 115 South Albany Avenue, Tampa, Florida 33606.

4. I have been admitted to practice in the State of Florida since November 21, 1990. I am a member in good standing with no disciplinary actions in my history.

5. I have been admitted to practice in the United States District Court for the Middle District of Florida since January 22, 1991. I am a member in good standing with no disciplinary actions in my history.

6. I have been admitted to practice in the United States District Court for the Southern District of Florida since February 22, 2013. I am a member in good standing with no disciplinary actions in my history.

7. I have been admitted to practice in the United States Court of Appeals for the Eleventh Circuit since July 13, 1998. I am a member in good standing with no disciplinary actions in my history.

8. I have been admitted to practice in the Supreme Court of the United States of America since June 16, 1997. I am a member in good standing with no disciplinary actions in my history.

9. I have never been admitted pro hac vice in the United States District Court for the District of Columbia. I have previously been admitted pro hac vice in the United States District

Court for the Southern District of New York and United States District Court for the District of Massachusetts.

10. I do not engage in the practice of law from an office in the District of Columbia.

FURTHER AFFIANT SAYETH NOT.

_____
Ray C. Lopez, Affiant

Sworn to and subscribed before me this 18th day of April, 2022, who produced identification or who is personally known to me. and who presented D/L,

L120-723-65-209-0
Drivers License Number

_____          Leland T. Baldwin
Signature of Notary Public                 Commissioned Name of Notary

Notary Public State of Florida
Leland Toman Baldwin
My Commission GG 220152
Expires 05/21/2022