

# The Florida Bar

651 East Jefferson Street
Tallahassee, FL 32399-2300

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida    )

County of Leon     )

In Re:  0870330
Ray Christopher Lopez
Ray C. Lopez 115 S Albany Ave
Tampa, FL 33606-1710

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **November 21, 1990**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 18th day of  **April, 2022**.

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-177576