**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Criminal No. 22-136 (JMC) |
| : | |
| STEVEN MILES and  : | |
| MATTHEW LEBRUN  : | |
| : | |
| Defendants.  : | |

## MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery. Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined.

The United States conferred with counsel for Defendants regarding this motion and Defendants do not oppose the motion for an order to disclose items protected by Federal Rule of Criminal Procedure 6(e) and sealed materials.

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

Date: May ___, 2022

                                            Respectfully submitted,

                                            MATTHEW M. GRAVES
                                            United States Attorney
                                            DC Bar No. 481052

                                            By: /s/ *Nadia E. Moore*
                                            NADIA E. MOORE
                                            NY Bar No. 4826566
                                            Assistant United States Attorney - Detailee
                                            United States Attorney's Office
                                            271 Cadman Plaza East
                                            Brooklyn, New York 11201
                                            Email: Nadia.Moore@usdoj.gov