UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:22-cr-136 (JMC) |
| v. : | |
| : | |
| STEVEN MILES, : | |
| : | |
| Defendant. : | |

## MOTION FOR LEAVE TO FILE UNTIMELY SENTENCING MEMORANDUM

Sentencing memoranda were due to be filed with the Court by January 26, 2024. *See* Minute Entry for October 19, 2023. Unfortunately, the government failed to meet the Court's deadline. Sentencing is scheduled to occur on February 9, 2024, at 2:00 p.m.

The United States of America respectfully moves for leave to file an untimely sentencing memorandum no later than today, January 31, 2024, or the same day on which the Court grants this motion (if it elects to do so), whichever comes first. A proposed order is attached.

Defendant's counsel informed the government that he has no objection to this request.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No. 1:22-cr-136 (JMC) |
| v. : | |
| : | |
| **STEVEN MILES,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of the United States' motion seeking leave to file an untimely sentencing memorandum, it is hereby

ORDERED, that the motion is GRANTED.

ORDERED, that the United States must file its sentencing memorandum no later than the end of today.

Date: _____

THE HONORABLE JIA M. COBB
UNITED STATES DISTRICT JUDGE